**Profit & Loss Statement**

| | **Personal** |
|---|---|
| Name: | Arturo Molinar |
| Address: | 715 N Horne St., Duncanville TX 75116 |
| Business Name: | Molinar Maintenace Services |
| Business Address: | |
| Business Telephone: | 972-598-5824 |

| | EXAMPLE | | | MONTH: Past 6 months wil auto fil from today - overwrite if needed | | | |
|---|---|---|---|---|---|---|---|
| | December 2021 | **August 2023** | | **October 2023** | **November 2023** | **December 2023** | **January 2024** |
| **Revenue** | | | Sep-23 | | | | |
| **Gross Sales (All money you take in from business)** | $75,000.00 | $13,326.48 | $11,628.12 | $16,422.64 | $7,252.81 | $5,596.35 | $6,722.00 |
| | | | | | | | |
| **Expenses** | | | | | | | |
| Cost of Goods/Materials | $10,000.00 | $4,000.00 | $3,200.00 | $7,000.00 | $3,500.00 | $2,500.00 | $3,000.00 |
| Advertising | 2,000.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Payroll (including Salary paid to owner) | 12,000.00 | | | | | | |
| Payroll Taxes and Benefits | 1,800.00 | | | | | | |
| Professional Fees, Dues and Licenses | 750 | $370.48 | $370.48 | $370.48 | $370.48 | $370.00 | $370.00 |
| Office Supplies and Maintenance | 1,000.00 | $1,000.00 | | | | | |
| Truck Insurance | - | $987.00 | $987.00 | $987.00 | $987.00 | $987.00 | $987.00 |
| Truck Fuel | - | $250.00 | $25.00 | $350.00 | $250.00 | $250.00 | $350.00 |
| Automobile Maintenance (business related) | - | $400.00 | | $250.00 | $1,000.00 | | $350.00 |
| Postage | 250 | | | | | | |
| Rent (business only, not where you live) | 7,800.00 | | | | | | |
| Utilities (Phone, Electricity, Water-business only, not where you live) | 2,000.00 | $325.00 | $325.00 | $325.00 | $325.00 | $325.00 | $325.00 |
| Other: Laptop/ Computer | | | | | | | |
| Other: Fuel | | | | | | | |
| Other:_____ | | | | | | | |
| Other: Miscellaneous | 1,500.00 | $800.00 | $350.00 | $250.00 | | | |
| **Sum of All Business Expenses (Sum of B-Q)** | **$39,100.00** | **$8,232.48** | **$5,357.48** | **$9,632.48** | **$6,532.48** | **$4,532.00** | **$5,482.00** |
| | | | | | | | |
| **Monthly Profit/Loss (A-S)** | **$35,900.00** | **$5,094.00** | **$6,270.64** | **$6,790.16** | **$720.33** | **$1,064.35** | **$1,240.00** |
| | | | | | | | |
| Any payments made to owners (salary or other compensation) | $12,000.00 | | | | | | |
| **Monthly Profit/Loss not incl. owner compensation** | **$47,900.00** | | | | | | |